# Delinquency Calculation Summary – Contract

Defendants owe the following amounts to the Plaintiffs (including the ERISA Funds) as a contractual obligation under the collective bargaining agreement that is enforceable in federal courts under 29 U.S.C. §185.

| Fund | Contributions | Interest | Liquidated Damages | Legal Costs and Fees | TOTAL |
|---|---|---|---|---|---|
| NPF | $8,983.44 | $845.83 | $1,796.64 | $7,171.69 | *$18,797.60* |
| ITI | $233.16 | $21.92 | $46.57 | $0.00 | *$ 301.65* |
| NEMIC | $58.29 | $5.48 | $11.61 | $0.00 | *$ 75.38* |
| SMOHIT | $38.86 | $3.67 | $7.71 | $0.00 | *$ 50.24* |
| SASMI | $1,652.02 | $151.78 | $330.38 | $1,366.04 | *$3,500.22* |
| | | | | | |
| *TOTAL* | *$10,965.77* | *$1,028.68* | *$2,192.91* | *$8,537.73* | *$22,725.09* |

**COLUMN NOTES:**

**Fund**  The NPF, ITI, NEMIC and SMOHIT are referred to jointly as "National Funds."

**Contributions**  Calculated for the period February 2011 through September 2011 for the National Funds and February 2011 through September 2011 for SASMI.

**Interest**  Calculated through July 31, 2012. Contract interest runs on delinquent contributions even if paid before the date of the complaint. Post-judgment interest on the contract claim accrues at the rate established under 28 U.S.C. §1961 on ERISA statutory liability, unless the parties have agreed to a different rate. In this case, the contract adopts the plan rate of 0.0233% per day, compounded daily (an effective annual rate of 8.5% compounded daily).

**Liquidated Damages**  Liquidated damages are calculated at twenty percent (20%) of the unpaid contribution amount outstanding at the time of filing the Complaint.

Exhibit 4A